UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BEATRICE DAVIS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 10-cv-428-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** July 27, 2010      **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                            **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**